STATE OF CONNECTICUT *v.* JOSEPH A. TORRICE
(8308)

SPALLONE, O'CONNELL and NORCOTT, Js.

Argued May 4—decision released May 9, 1990

*M. Leonard Caine III,* special public defender, for the appellant (defendant).

*Judith Rossi,* assistant state's attorney, with whom, on the brief, were *John Connelly,* state's attorney, and *Corinne Klatt,* assistant state's attorney, for the appellee (state).

PER CURIAM. There is no error.